# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCEN NEWMAN, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JASON CAMPBELL, an individual, et al.,<br><br>Defendants. | Case No.: 3:25-cv-01736-RBM-DEB<br><br>**ORDER REGARDING DEFENDANT JC FILMS STUDIOS, INC. AND BMC PRODUCTIONS, LLC'S PRO SE STATUS** |

On July 7, 2025, Plaintiffs Brycen Newman, an individual; Richard Newman, an individual; and Miracle Children's Foundation, Inc., a California nonprofit corporation, (collectively, "Plaintiffs") filed a Complaint for Damages, Declaratory Judgment, and Injunctive Relief ("Complaint") against Defendants Jason Campbell, an individual; Heather Mudrick Campbell, an individual; JC Films Studios, Inc., a West Virginia nonprofit corporation; BMC Productions, LLC, a West Virginia limited liability company; and Bridgestone Multimedia Group, LLC, a Delaware limited liability company (collectively, "Defendants").

On July 31, 2025, Defendants Jason Campbell, JC Films Studios, Inc., and BMC Productions, Inc., each proceeding *pro se* by and through Defendant Jason Campbell, filed

1

1  a Joint Answer to Complaint and Affirmative Defenses.[1]  (Doc. 4.)  On August 15, 2025,
2  Defendants Jason Campbell, JC Films Studios, Inc., and BMC Productions, Inc. also filed
3  a Motion for Judicial Review, in which "Defendant Jason Campbell, appearing pro se, on
4  behalf of himself and [Defendants] BMC Productions, LLC and JC Films Studios Inc., …
5  respectfully requests that this Court take judicial notice, pursuant to Federal Rule of
6  Evidence 201, of certain facts and official records directly relevant to this matter and
7  necessary for a fair and efficient resolution of the issues before the Court."  (Doc. 9 at 1.)

"In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein."  28 U.S.C. § 1654.  However, "[i]t has been the law for the better part of two centuries … that a corporation may appear in the federal courts only through licensed counsel."  *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–02 (1993); *see also D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973–74 (9th Cir. 2004) ("It is a longstanding rule that corporations and other unincorporated associations must appear in court through an attorney.") (internal quotation marks and citations omitted); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney.") (citations omitted); *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) ("A corporation may appear in federal court only through licensed counsel.") (citations omitted).

Indeed, in this District, "[o]nly natural persons representing their individual interests in propria persona may appear in court without representation by an attorney permitted to practice pursuant to Civil Local Rule 83.3."  S.D. Cal. CivLR 83.3(j).  "All other parties,

---

[1] Defendant Heather Mudrick Campbell filed a separate Answer to Complaint and Affirmative Defenses of Defendant Heather Mudrick.  (Doc. 5.)  Defendant Bridgestone Multimedia Group, LLC has not yet answered or otherwise responded to Plaintiffs' Complaint.  (Docs. 6, 8.)

including corporations, partnerships, and other legal entities, may appear in court only through an attorney permitted to practice pursuant to Civil Local Rule 83.3." *Id.*

Here, Defendant Jason Campbell purports to represent both himself and entity Defendants BMC Productions, LLC and JC Films Studios, Inc.. (Doc. 9 at 1.)  Under the Supreme Court and Ninth Circuit precedent summarized above, as well as this District's Civil Local Rule 83.3(j), this is impermissible.  While Defendant Jason Campbell may represent himself, he may not represent entity Defendants BMC Productions, LLC and JC Films Studios, Inc..  Accordingly, the Joint Answer is **STRICKEN** as it pertains to entity Defendants BMC Productions, LLC and JC Films Studios, Inc..  The Court **ORDERS** Defendants BMC Productions, LLC and JC Films Studios, Inc. to retain counsel and answer or otherwise respond to Plaintiffs' Complaint on or before **October 3, 2025**.

Should Defendants BMC Productions, LLC and JC Films Studios, Inc. fail to retain counsel, Plaintiffs may request an entry of default and file a motion for default judgement against entity Defendants BMC Productions, LLC and JC Films Studios, Inc. on or before **October 17, 2025**.  *See Emp. Painters' Tr. v. Ethan Enters.*, Inc., 480 F.3d 993, 998 (9th Cir. 2007) ("[W]e have recognized default as a permissible sanction for failure to comply with local rules requiring representation by counsel.") (citing *High Country Broad. Co.*, 3 F.3d at 1245).

**IT IS SO ORDERED**.

DATE:  August 22, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE