# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCEN NEWMAN, an individual, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JASON CAMPBELL, an individual, et al., <br><br> Defendants. | Case No.:  3:25-cv-01736-RBM-BJW <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF DEFENDANT BRIDGESTONE MULTIMEDIA GROUP, LLC** <br><br> **[Doc. 43]** |

Before the Court is the Parties' Stipulation of Dismissal of Defendant Bridgestone Multimedia Group, LLC ("BMG") ("Joint Motion to Dismiss").  (Doc. 43.)  In the Joint Motion to Dismiss, the Parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of Defendant BMG only, "without prejudice to BMG's ability to move for attorney's fees and costs pursuant to the federal or local rules, or as provided by the law." (*Id.* at 2.)  The Joint Motion to Dismiss Defendant Bridgestone with prejudice is **GRANTED.**  All other claims and Parties remain pending before the Court.

**IT IS SO ORDERED.**

DATE:  June 29, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

1

3:25-cv-01736-RBM-BJW